# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2016

## NO. 03-15-00528-CV

**The Texas Education Agency and Mike Morath,
Commissioner of Education, in his Official Capacity, Appellants**

**v.**

**Academy of Careers and Technologies, Inc. d/b/a
Academy of Careers and Technologies Charter School, Appellee**

### APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### VACATED AND RENDERED -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on August 21, 2015. Having reviewed the record and the parties' arguments, the Court holds that the trial court lacked subject-matter jurisdiction over the case. Therefore, the Court vacates the trial court's order granting the temporary injunction, dissolves the temporary injunction, and renders judgment dismissing appellee's suit for want of jurisdiction. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.